No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The record is before us without a statement of facts or bills of exception.

The proceedings appearing regular and no error being apparent, the judgment of the trial court is affirmed.

### MATHIS v. STATE.
### No. 26057.

Court of Criminal Appeals of Texas.
Nov. 19, 1952.

### SKELTON v. STATE.
### No. 26054.

Court of Criminal Appeals of Texas.
Nov. 19, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, sixty days in jail and a fine of $100.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for violation of the liquor law with a fine of $100.

The record brought forward contains no statement of facts or bills of exception. The proceedings appear regular and nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.